UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONNIE MORTON, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 17-1799 |
| v. | : | ORDER |
| MARK J. MOLZ, ESQUIRE, et al., | : | |
| Defendant. | : | |

This matter having come before the Court on Defendant Mark J. Molz, Esquire's Motion to Dismiss [13]; and the Court having considered the written submissions of the parties as well as the arguments advanced at the hearing on March 6, 2018; and for the reasons expressed on the record that day,

IT IS on this 6th Day of March, 2018 hereby

ORDERED that Defendant's Motion to Dismiss [13] is denied without prejudice; and it is further

ORDERED that Plaintiff shall submit an Affidavit of Merit no later than April 5, 2018.

 s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ
United States District Judge