(1.)

Ronnie Morton - Plaintiff
1221 Race Street
Philadelphia, PA 19107
(215) 454-9111

12-31-2018

Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

RECEIVED JAN 2 2018 AT 8:30 WILLIAM T. WALSH, CLERK

RECEIVED JAN - 2 2019 AT 8:30 M WILLIAM T. WALSH CLERK

Re: Morton v. Molz
Civil Action No. 17-1799

U.S. Magistrate Judge Karen Williams,

Please Accept this letter in a more formal Motion to Deny Plaintiff Motion to Withdraw. Based on the following facts.

Plaintiff wrote to Plaintiff Attorney after Plaintiff Deposition on 12-14-2018 at Defendant Law Office, Plaintiff advised Plaintiff Attorney that he would Accept A Settlement in the Amount of $200,000 from Defendant if not Plaintiff seeks Plaintiff Attorney to exercise Plaintiff Rights and pursue Plaintiffs Civil Claims Against Defendant in A Trial by Jury Plaintiff Attorney called Plaintiff on 12-18-2018 Advising Plaintiff to be more Realistic in Accepting A Settlement in the range of $10,000 Due to Defendant has No legal Malpractice



(2.)

INSUARNCE AND that PLAINTIFF ATTORNEY WAS WITHDRAWING AND IF I AGREED to ACCEPT A $10,000 SETTLEMENT PLAINTIFF ATTORNEY Would CONSIDER RECONSIDERING to WITHDRAW AS PLAINTIFF ATTORNEY I Advised PLAINTIFF ATTORNEY I Would ACCEPT A $10,000 SETTLEMENT. ON 12-28-2018 PLAINTIFF ATTORNEY SENT ME A COPY of its MOTION to WITHDRAW which is Without MERIT AND Highly PREJUDICIAL to PLAINTIFF AND NEEDS to bE DENIED bASED ON thESE FACTS, PLAINTIFF did Not VIOLATE ANY of the stipulations IN RPC 1.16 OR FRCP 74 AND 102.1 IN Addition SEE TERRY McDANIEL V. DAiichi SANKO, INC. (CIVIL Action No. 17-3495) AND SEE RUSINOW V. KAMARA, 920 F.Supp. 69, 71 (D.N.J. 1996, IN deciding whether to permit AN ATTORNEY to withdraw, the Court should CONSIDER: "(1) the REASONS why withdrawal is Sought; (2) the PREJudice withdrawal may CAUSE to other litigants; (3) the HARM withdrawal mAY OR might cause to the Administration of Justice; And (4) the dEGREE to which withdrawal will delay the Resolution of the CASE." SEE RPC 1.16 (b)(1) At this late JUNCTURE IN PLAINTIFF CASE (PRE TRIAL STAGE) is ExtREMELY PREjudiciAl

3.) to Plaintiff, And Plaintiff has did Nothing More but Follow the Rules of this Court And his Plaintiff Attorney Advise, Plaintiff has "No" Finacial Means to obtain New Counsel at this Extremely Late Phase of Plaintiff Civil Cause of Action And Plaintiff is "Not" Experienced to litigate Plaintiff Claims Pro Se and given these Facts Plaintiff Request this Honorable Court to Deny Plaintiff Attorney Motion to Withdraw.

Respectfully Submitted

Ronnie Morton
Plaintiff

cc Matthew Weisberg, ESQ
cc Mark J. Molz, ESQ

Ronnie Morton - Plaintiff
1221 Race Street
Philadelphia, PA 19107

c/o Civil Court Clerk
Mitchell H. Cohen Building
US Court House
4th & Cooper Street
Camden, N.J.

