# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONNIE MORTON | : | |
| 1826 N. 28th Street | : | |
| Philadelphia, PA 19121 | : | |
| | : | |
| Plaintiff, | : | NO.   17-1799 |
| | : | |
| v. | : | |
| | : | |
| MARK J. MOLZ, ESQUIRE | : | |
| d/b/a MARK MOLZ LAW OFFICE | : | |
| 1400 Route 38 East | : | |
| Hainesport, NJ 08036 | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW this _____ day of _____, 2019, upon consideration of Plaintiff's Counsels', Matthew B. Weisberg, Esq. and Gary Schafkopf, Esq., Motion for Leave to Withdraw as Counsel to Plaintiff, and any response thereto, it is hereby ORDERED and DECREED that Counsels', Matthew B. Weisberg, Esq. and Gary Schafkopf, Esq., Motion is GRANTED, and the Clerk shall mark Counsels', Matthew B. Weisberg, Esq. and Gary Schafkopf, Esq., representation TERMINATED.

This action is STAYED thirty (30) days from the date of entry of this Order within which Plaintiff may enter his substitute counsel's appearance or his own appearance, *pro se*.

**AND IT IS SO ORDERED.**

_____
Magistrate Judge Karen M. Williams

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONNIE MORTON<br>1826 N. 28th Street<br>Philadelphia, PA 19121 | : : : : | |
| Plaintiff, | : : | NO.   17-1799 |
| v. | : : | |
| MARK J. MOLZ, ESQUIRE<br>d/b/a MARK MOLZ LAW OFFICE<br>1400 Route 38 East<br>Hainesport, NJ 08036 | : : : : : | |
| Defendant. | : | |

### PLAINTIFF'S COUNSELS', MATTHEW B. WEISBERG, ESQ. AND GARY SCHAFKOPF, ESQ., MOTION FOR LEAVE TO WITHDRAW AS COUNSEL TO PLAINTIFF

Pending before this Honorable Court is the above-captioned legal malpractice action.

Throughout the course of this matter, all counsel for Plaintiff, Morton, have been competent, diligent, and at all times zealous on behalf of said Plaintiff.

However, "…[p]rofessional considerations require termination of the representation…" RPC **explanatory comment** [3] ("the lawyer's [said] statement…ordinarily should be accepted as sufficient."); 1.16 (b)(6) & (7).

If this Honorable Court does not accept the above statement as "sufficient," counsel respectfully request an off-the-record, *ex parte* conference for further determination so that counsel can abide RPC 1.6 via 3.3.

Under separate cover, Plaintiff has been advised (subject to attorney-client privilege) of the undersigned counsels' instant Motion for Leave to Withdraw and of his obligation to

immediately seek substitute counsel or enter his appearance, *pro se*, in the event this Motion is granted.

This Motion has also been served upon Plaintiff via e-mail.

WHEREFORE, undersigned counsel for Plaintiff request this Honorable Court's leave to withdraw as counsel herein consistent with the attached proposed Order.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney Id. No. 85570
7 South Morton Ave.
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax

**SCHAFKOPF LAW**

/s/ Gary Schafkop
Gary Schafkopf, Esquire
PA Attorney Id. No. 83362
11 Bala Ave.
Bala Cynwyd, PA 19044
(610) 664-5200 (ext. 104)
(888) 283-1334 – Fax

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RONNIE MORTON<br>1826 N. 28th Street<br>Philadelphia, PA 19121 | :<br>:<br>:<br>: |
| Plaintiff, | : NO.   17-1799 |
| v. | :<br>: |
| MARK J. MOLZ, ESQUIRE<br>d/b/a MARK MOLZ LAW OFFICE<br>1400 Route 38 East<br>Hainesport, NJ 08036 | :<br>:<br>:<br>: |
| Defendant. | :<br>: |

## CERTIFICATE OF SERVICE

We, Matthew B. Weisberg, Esquire and Gary Schafkopf, Esquire, hereby certify that on this 30th day of August, 2019, a true and correct copy of the foregoing Plaintiff's Counsels' Motion for Leave to Withdraw as Counsel was served via ECF, regular mail, and e-mail, respectively, upon the following parties:

Mark J. Molz, Esquire
(Via ECF)

Mr. Ronnie Morton
1221 Race Street
Philadelphia, PA 19107
Via Regular Mail & E-Mail: ronnieirving44@gmail.com

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
PA Attorney Id. No. 85570
7 South Morton Ave.
Morton, PA 19070
(610) 690-0801
(610) 690-0880 – Fax

**SCHAFKOPF LAW**

/s/ Gary Schafkopf
Gary Schafkopf, Esquire
PA Attorney Id. No. 83362
11 Bala Ave.
Bala Cynwyd, PA 19044
(610) 664-5200 (ext. 104)
(888) 283-1334 – Fax