Ronnie Morton (Plaintiff)

(1)

1221 Race Street
Philadelphia, PA 19107
(267) 267-972-4065 - Email: ronnieirving44@gmail.com
c/o Karen Williams
N.J. U.S. District Court
Mitchell H. Cohen Building
4th & Cooper Street
Camden, N.J. 08101

RECEIVED
DEC - 4 2019
AT 8:30
WILLIAM T. WALSH, CLERK

Re: Morton v. Molz
N.J. United States District Court
No: 17-1799 (My Attorney refuse to pursue this legal malpractice claim)

Dear Judge Williams,

I Plaintiff Ronnie Morton write to you to advise you that my Attorney's advised me immediatly after the 2nd Deposition I had with defendant N.J. Attorney Mark Molz that I must drop my legal malpractice claim against defendant Mark Molz due to defendant Mark Molz can jeoperdize my current claim thats currently on Appeal, which I refused to sign a document by the the Defendant Mark Molz, ESQ

(2.) Plaintiff Ronnie Moulton Social Security Disability claim thats currently on Appeal, which I refused to sign a document by the defendant Mark Molz given him consent/ Authorization for my Social Security (SSI) disability Attorney's to hand over to the defendant Mark Molz specific documents he seeks regarding my Social Security disability Appeal that is being handled and litigated by my Social Security disAbility Attorney's which I Refused & objected to defendant Mark Molz Requests and because of my Actions my Attorney's Matthew Weisberg & Gary Schafkopf urged that I drop the Legal malpractice lawsuit because defendant Mark Molz requests if obtained will Jeoperdize my current Pending Social Security disability claim thats on Appeal which I believe is totally False/untrue therefore my Attorney's was "Not" competent, diligent & at all times zealous throughout the course of this matter. Plaintiff still Relies on his legal correspondance sent to this court by the

Plaintiff dated 12-31-2018 was Plaintiff opposition in response to both defendants/ Plaintiff Attorney's Matthew Weisberg; Gary Schafkopf, Esq motion for leave to withdraw as counsel to Rosalie Morton including there withdrawal motion dated August 30, 2019. It appears to Plaintiff that Plaintiff Attorney's wanted out of Plaintiff claim/case and used whatever facts they could use to get out of Plaintiff case. The Plaintiff advised Plaintiff Attorney's Gary Schafkopf, Esq that the negligent actions/legal malpractice committed by defendant Mark Molz, Esq occurred in September of 2011 over 3 years prior to me filing for my Social Security (SSI) disability claim, which I filed for my Social Security (SSI) in Nov. of 2014 and or Feb. of 2015, 1600% totally unrelated to one another & different issues & facts. My Attorney's Mr. Weisberg & Mr. Schafkopf, Esq. sought to have my legal malpractice claim dropped & listed as settled on the record

4.

As Plaintiff I sought to bring this to the Courts Attention.

I, Plaintiff Ronnie Morton believes that my Attorney's were already seeking means to withdraw from my legal malpractice claim by filing 2 withdrawal motions and then used the reason of defendant Mark Molz seeking to get me to sign a consent authorization to allow defendant Mark Molz, ESQ to obtain specific documents from my current pending Social Security (SSI) Disability Appeal which my Attorney's believed that Mark Molz were seeking to obtain the specific info to jeopardize my current pending Social Security Title XVI (SSI) Federal Appeal that's been pending for almost 3 years - 60 months. Thank you, Ronnie Morton

Morton - Plaintiff
Race Street
delphia, PA 19107

PHILADELPHIA
PA 191
02 DEC '19

RECEIVED
DEC -4 2019
AT 8:30
WILLIAM T. WALSH CLERK

c/o Civil Clerk
N.J. U.S. District Court
Mitchell H. Cohen Building
4th & Cooper Streets
Camden, New Jersey
08101